◼ In the Matter of JANE CRONIN, Respondent, v GREGORY LIONS, Appellant. [42 NYS3d 841]—Appeal by the father from an order of commitment of the Family Court, Richmond County (Karen B. Wolff, J.), dated August 26, 2015. The order of commitment confirmed an order of that court (Gregory L. Gliedman, S.M.), made after a hearing, finding that the father wilfully violated a support order and committed him to the New York City Department of Correction for a term of three months unless he paid the purge amount of $20,000.

Ordered that the order of commitment is affirmed, without costs or disbursements.

The Family Court properly confirmed the determination of the Support Magistrate, made after a hearing, that the father wilfully violated an order of child support (*see Matter of Stradford v Blake*, 141 AD3d 725 [2016]).

The father's remaining contentions are without merit. Dillon, J.P., Hall, Hinds-Radix and Brathwaite Nelson, JJ., concur.